FILED
2008 FEB -7 AM 9:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0347

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Ramon AGUILAR-Ramos<br>Defendant | Magistrate's Case No.<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about February 6, 2008, within the Southern District of California, defendant Ramon AGUILAR-Ramos did knowingly and intentionally import approximately 9.10 kilograms (20.02 pounds) of cocaine, a Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this ___7th___ day of ___February___, 2008.

_____
United States Magistrate Judge

Page 1

United States of America
    VS.
**Ramon AGUILAR-Ramos**

STATEMENT OF FACTS

On February 6, 2008, at approximately 0519 hours, Ramon AGUILAR-Ramos attempted entry into the United States from Mexico through the San Ysidro Port of Entry, San Diego, California. AGUILAR was the driver and registered owner of a 1991 Toyota Pickup truck bearing Baja California license plate AM27100. A U.S. Customs and Border Protection (CBP) Officer made contact with AGUILAR in primary lane #10. AGUILAR presented the CBP Officer with his Border Crossing Card. The CBP Officer asked AGUILAR where he was going. AGUILAR told him that he was going to Home Depot in San Ysidro, CA. The CBP Officer then inquired who the registered owner of the vehicle was. AGUILAR stated that he has been the owner for the last three (3) days. The CBP Officer asked AGUILAR if he was bringing anything with him from Mexico. AGUILAR gave two negative Customs declarations stating that he was not bringing anything with him. AGUILAR and the vehicle were referred to the secondary lot for further inspection. During an inspection in the secondary lot, a CBP Officer asked AGUILAR to open the hood of the vehicle. The CBP Officer observed a black plastic bag with a pink package concealed in the water reservoir area.

A CBP Canine Enforcement Officer was requested to screen the Toyota truck with his Narcotic Detector Dog (NDD). The NDD alerted to a narcotic odor coming from the dash.

In the vehicle secondary area, a total of 9 packages containing approximately 9.10 kilograms (20.02 pounds) of cocaine were found concealed within the heater-core housing of the

vehicle. A presumptive test of the contents of one (1) of the nine (9) packages revealed a positive reaction to the presence of cocaine.

AGUILAR waived his Constitutional rights and admitted knowledge to the drugs found in the vehicle and stated he was being paid $2000 to cross the drug-laden vehicle into the United States.

AGUILAR was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance and was booked into the Metropolitan Correctional Center, San Diego, CA.