AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

**APPEARANCE**

Case Number: 08mj0347

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAMON ANTONIO AGUILAR-RAMOS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/11/2008 | /s/ NORMA A. AGUILAR |
| Date | Signature |
| | Norma A. Aguilar / Federal Defenders of SD    211088 |
| | Print Name                                   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City                State                Zip Code |
| | (619) 234-8467            (619) 687-2666 |
| | Phone Number                             Fax Number |